## WELLS *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 35, September Term, 1959.]

*Decided November 23, 1959.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

For the reasons set forth in the opinion of Judge Anderson

588

of the Circuit Court of Montgomery County, the application for leave to appeal under the Post Conviction Procedure Act is denied. Cf. *Byrd v. Warden,* 220 Md. 655, 151 A. 2d 722.